# EXHIBIT C



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Helayne Seidman)[ in Name Claimant ]
Search Results: Displaying 8 of 28 entries



*Group Registration of Published Photographs; 2015 Photo Collection; all...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002035320 / 2016-10-04
**Application Title:** Group Registration of Published Photographs; 2015 Photo Collection; all published 1/10/2015-12/31/2015; 205 Photographs.
**Title:** Group Registration of Published Photographs; 2015 Photo Collection; all published 1/10/2015-12/31/2015; 205 Photographs.
**Description:** Electronic file (eService)
**Copyright Claimant:** Helayne Seidman. Address: 16 St. Marks Place, Apt. 4B, New York, NY, 10003, United States.
**Date of Creation:** 2015
**Date of Publication:** 2015-01-10
**Nation of First Publication:** United States
**Authorship on Application:** Helayne Seidman; Citizenship: United States. Authorship: photograph.
**Contents:** 15 Charles St. in Greenwich Village, 11/20/2015.
20 E 76 street, 2/18/15.
114 Fifth Ave, 12/8/2015.
200 Fifth Ave, 12/8/2015.
280 Park Ave entrance, 3/10/2015.
280 Park Ave, 3/10/2015.
350 W. 71st St, 4/12/2015.
605 East Ninth Street, 10/11/2015.
Adam Mintz, 5/24/2015.
Amber Jamieson1 8/30/15.
Amber Jamieson 2, 8/30/15.
Amber Jamieson 3, 8/30/2015.
Anti-Hillary Clinton posters,4/13/2015.
Antoinette Roper 2, 4/5/2015.
Antoinette Roper1 4/05/2015.
Arm Tattoo, 6/14/2015.
Bad Santa, 12/7/2015.

Benita Rivera, 2/15/2015.
Bennett Building Hotel, 9/13/2015.
Bill Lee, 11/30/2015.
brick House 2 , 5/24/15.
brick House1, 5/24/15.
Brokers Office, 10/5/2015.
woman in Butterfly hat with dog, 4/5/2015.
Cardboarded windows 11/20/2015.
Cardinal Dolan, 4/5/2015.
Carl Heastie, 3/2/15.
Christopher X. Brodeur, 2/15/2015.
Clerk at knockoff store, 7/26/2015.
Street Corner, 5/17/15.
correction officer protest, 3/9/2015.
Crosswalk at Broome St, 12/2/2015.
D'agostino, 4/20/15.
Dan Nevins 2, 7/6/2015.
Dan Nevins 3, 7/6/2015.
Dan Nevins 4, 7/6/2015.
Dan Nevins 5, 7/6/2015.
Dan Nevins 6, 7/6/2015.
Dan Nevins 7, 7/6/2015.
Dan Nevins 1, 7/6/2015.
Daniel Higgins, 7/27/2015.
Deblasio, 8/6/2015.
Desnuda Amanda Roman, 9/12/2015.
Dillon Edwards., 7/8/2015.
Dog halloween 1, 10/24/2015.
Dog halloween 2, 10/24/2016.
Dog halloween 3, 10/24/2015.
Dog halloween 4, 10/24/2015.
Dog halloween 5, 10/24/2015.
Dog halloween 6,10/24/2015.
Domenico Pellegrini 1 3/25/2015.
Domenico Pellegrini 2, 3/25/2015.
Dominican Parade, 8/10/2015.
Donohue?s Steak House, 5/11/2015.
East Village apartment building, 2/8/2015.
east village fire 2, 3/26/2015.
east village fire 3, 3/26/15.
east village fire 1, 3/26/15.
eggs and orange juice 4/20/15.
Elevator in lobby, 2/15/2015.
Elizabeth Meyer 2, 8/15/15.
Elizabeth Meyer1, 8/15/2015.
Ethel Clavicle, 2/21/2015.

FDNY truck, 4/19/2015.
Flower hat 2, 4/5/2015.
Flower hat1, 4/5/2015.
Forest Hills High School, 9/27/15.
Fredrik Eklund's Kitchen, 10/5/2015.
Free the nipple parade 1, 8/24/15.
Free the nipple parade 2, 8/24/15.
Free the nipple parade 3, 8/24/15.
Free the nipple parade 4, 8/24/15.
Free the nipple parade 5, 8/24/15.
free the Nipple poster, 8/24/15.
Gaia Bagnasacco, 3/15/2015.
Gaia Italian Cafe, 3/15/2015.
Gay Pride Parade, 3/15/2015.
Gillibrand, 2/8/2015.
glass bowl shop, 11/8/2016.
high end closet, 10/5/2016.
High School of Fashion Industries, 5/25/2015.
Homeless , 3/29/2015.
Homeless 2, 12/14/2015.
Homeless 3, 12/14/2015.
Homeless 4, 12/14/2015.
Homeless 5, 12/14/2015.
Homeless 6, 12/14/2015.
Homeless 1, 12/14/2015.
Homeless bus stop, 12/28/2015.
Homeless shelter, 5/24/2015.
Homeless trash, 12/14/2015.
Homeless woman, 3/29/2015.
Jane West Hotel, 2/28/2015.
Janine Martin, 4/24/2015.
Jennifer Latog, 10/26/2015.
Jennifer Merin, 8/22/15.
Jimmy McMillan apartment 2/8/2015.
Jimmy McMillan, 2/8/2015.
Jorge Caminero, 2/15/2015.
Judy Brown, 7/26/2015.
Judy Geib, 10/25/2015.
Kate Levitt , 2/21/2015.
Keith Cooper, 6/14/2015.
Kelly Kreth , 4/11/2015.
child sitting on steps , 4/11/2015.
Laura Pomerantz., 4/21/2015.
Leonard Steinberg , 10/5/2015.
Letitia James, 7/8/2015.
Like Silk Tigers, 4/5/2015.

Living room, 10/5/2015.
Lower East Side synagogue, 3/31/2015.
Lucinda Cross 3/14/2015.
Man taking a picture of topless woman, 8/24/2015.
Manhattan Avenue, 3/25/2015.
Memorial, 8/30/2015.
Mens Shelter, 12/29/2015.
Michelle Wolfberg and Family, 6/10/2015.
Miles Nelligan 2/25/2015.
Mimi?s Hummus, 9/16/2015.
Miss Coney Island, 1/19/2015.
Mohamed Mossad 2, 2/15/2015.
Mohamed Mossad1 2/15/2015.
MoMA on West 53rd Street, 11/11/2015.
Mulberry Street, 7/26/2015.
Museum of Sex window, 4/20/2015.
Museum of Sex, 1/10/2015.
museum shop, 9/8/2015.
Naveed Jamali, 6/14/2015.
Nicky Perry, 2/5/2015.
Nicole Widder, 5/26/15.
Nude Pose, 8/31/2015.
NYCT, 3/29/2015.
One Madison, 10/5/2015.
One World trade center, 11/3/2015.
Painted woman 2, 8/30/2015.
Painted woman1 8/30/2015.
Park 1, 7/5/2015.
Park 2, 7/5/2015.
Park 3, 7/5/2015.
Park 4, 7/5/2015.
Park 5, 7/5/2015.
Park 6, 7/5/2015.
Park bench, 8/23/2015.
Peck Slip School,10/11/2015.
Phyllis Almonte, 1/13/2015.
Prison Notes, 4/11/2015.
Realtor apartment, 10/5/2015.
red head parade member, 8/24/2015.
Rhoda Carter, 1/18/2015.
Richard Condon 1/18/2015.
Richard Luthmann 2, 8/9/2015.
Richard Luthmann poses, 8/9/2015.
Richard Luthmann1, 8/9/2015.
Roosevelt Park, 7/29/2015.
Rudolf Steiner School, 1/31/2015.

Ryan Serhant pulling door, 10/5/2015.
Ryan Serhant with Guitar, 10/5/2015.
Ryan Serhant, 10/5/2015.
Sam Nunberg 8/3/2015.
Sanitation Trucks, 12/31/2015.
Scaffolding 2, 4/12/2015.
Scaffolding1, 4/12/2015.
Schumer with signs, 10/18/2015.
Schumer, 8/7/2015.
Scott Stringer1, 4/19/2015.
Scott Stringer2, 5/14/2015.
Serafina, 5/11/2015.
Serena Williams, 11/24/2015.
Sheikh 2, 1/18/2015.
Sheikh1, 1/18/2015.
Children on slide, 6/20/2015.
St.Marks Place, 11/8/2015.
Staten Island Ferry, 5/30/2015.
Stephanie Adams, 10/11/2015.
Steve Cuozzo 2, 9/13/2015.
Steve Cuozzo1, 9/13/2015.
Steven Sloan 2 2/15/2015.
Steven Sloan1, 11/2015.
Stoop, 11/8/2015.
student?s breakfast, 12/6/2015.
Success Academy, 6/5/2015.
Tal Alexander 2, 10/5/2015.
Tal Alexander1, 10/5/2015.
The Benjamin Hotel, 9/14/2015.
The Four Season, 3/30/2015.
Theresa Galarza, 3/27/2015.
Theresa Galarza, 3/31/2015.
Thomas DiNapoli , 7/30/2015.
Timothy Cardinal Dolan,12/25/2015.
women in bathing suits 9/17/2015.
One Hudson Square 9/17/2015.
Charlton Street town house 5/10/2015.
Vance Gorke, 12/6/2015.
Victim, 3/26/2015.
Volkswagen van 6/20/2015.
Wayne Wise, 10/26/2015.
Weird hat, 4/5/2015.
West 57th Street, 1/16/2015.
Wifi sign, 8/9/2015.
William Mitchell, 2/15/2015.
woman with toy hat, 4/5/2015.

Women in bathing suits, 9/17/2015.
Yisroel Mordowitz 2/15/2015.
YMCA sign, 9/12/2015.
Ziegfeld Theatre, 4/9/2015.

**Names:** Seidman, Helayne



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page